**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jose M. Munoz Sanchez                                    CHAPTER 13
                    Debtor(s)

                                                                BKY. NO. 22-13255 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                  Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
15 Dec 2022, 16:32:24, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322