# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania
## Withdrawal / Expungement of Claim

Re: Jose Munoz

Case: 2213255
Claim No.: 4-1

Creditor, Discover Bank, hereby notifies the Court that claim **No. 4-1, filed on 01-24-2023** will be or has been withdrawn.

Signed: /s/Malinda Thompson
Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025
Date: 01/25/23