United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

Jose M. Munoz Sanchez

    Debtor

Case No. 22-13255-pmm

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4

Date Rcvd: Jul 20, 2023

User: admin

Form ID: 155

Page 1 of 2

Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose M. Munoz Sanchez, 1017 North Front Street, Reading, PA 19601-1401 |
| 14740370 | | Midland Funding, 8874 aERO dR, Suite 200, San Diego, CA 92123 |
| 14740373 | + | UGI, PO Box 930, Reading, PA 19607 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14740362 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 21 2023 00:49:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14740363 | + | Email/Text: bsimmons@amsher.com | Jul 21 2023 00:50:00 | AmSher Collection Serv., 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14740364 | | Email/Text: bankruptcy@bbandt.com | Jul 21 2023 00:49:00 | BB&T, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894 |
| 14740365 | + | Email/Text: documentfiling@lciinc.com | Jul 21 2023 00:49:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 14740366 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 21 2023 00:50:00 | Credit Collection Svc, PO Box 773, Needham Heights, MA 02494-0918 |
| 14751299 | + | Email/Text: mrdiscen@discover.com | Jul 21 2023 00:49:00 | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany OH 43054-3025 |
| 14740368 | + | Email/Text: mrdiscen@discover.com | Jul 21 2023 00:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14754571 | | Email/Text: BNCnotices@dcmservices.com | Jul 21 2023 00:49:00 | EMERGENCY PHYS ASSOCIATES OF PENNSYLVANIA PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 14740369 | | Email/Text: paparalegals@pandf.us | Jul 21 2023 00:50:00 | LVNV Funding, c/o Patenaude Felix APC, 501 Corporate Dr. Southpointe Center, Suite 205, Canonsburg, PA 15317 |
| 14742440 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2023 01:02:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14740371 | | Email/Text: blegal@phfa.org | Jul 21 2023 00:50:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14743155 | ^ | MEBN | Jul 21 2023 00:37:41 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14750459 | + | Email/Text: blegal@phfa.org | Jul 21 2023 00:50:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14740372 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 21 2023 00:50:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 20, 2023 | Form ID: 155 | Total Noticed: 17

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14740367 | *+ | Credit Collection Svc, PO Box 773, Needham Heights, MA 02494-0918 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Jose M. Munoz Sanchez tobykmendelsohn@comcast.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jose M. Munoz Sanchez

        Debtor(s)

Chapter: 13

Bankruptcy No: 22−13255−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this July 20, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge, United States Bankruptcy Court

37
Form 155