Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-13255-PMM**

Jose M. Munoz Sanchez  
1017 North Front Street  
Reading  PA   19601

Petition Filed Date: 12/05/2022  
341 Hearing Date: 01/17/2023  
Confirmation Date: 07/20/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/07/2023 | $750.00 | | 03/08/2023 | $750.00 | | 04/05/2023 | $750.00 | |
| 05/05/2023 | $750.00 | | 05/22/2023 | $750.00 | | 06/23/2023 | $750.00 | |

**Total Receipts for the Period:  $4,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,025.00 | $0.00 | $4,025.00 |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SANTANDER CONSUMER USA<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PA HOUSING FINANCE AGENCY<br>»»  003 | Mortgage Arrears | $45,140.78 | $0.00 | $45,140.78 |
| 4 | DISCOVER BANK<br>»»  004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER BANK<br>»»  005 | Unsecured Creditors | $5,746.99 | $0.00 | $5,746.99 |
| 6 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»»  006 | Unsecured Creditors | $726.00 | $0.00 | $726.00 |

**Chapter 13 Case No. 22-13255-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,500.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,500.00 |
| Paid to Trustee: | $390.00 | Total Plan Base: | $54,629.07 |
| Funds on Hand: | $4,110.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.