United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13255-pmm |
| Jose M. Munoz Sanchez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose M. Munoz Sanchez, 1017 North Front Street, Reading, PA 19601-1401 |
| NONE | | Discover Products In Discover Bank Discover Produc, PO Box 3025, New Albany, OH 43054-3025 |
| 14740370 | | Midland Funding, 8874 aERO dR, Suite 200, San Diego, CA 92123 |
| 14814133 | + | Santander Consumer USA Inc., c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14740373 | + | UGI, PO Box 930, Reading, PA 19607 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 10 2023 00:25:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 10 2023 00:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14740362 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 10 2023 00:25:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14740363 | + | Email/Text: bsimmons@amsher.com | Nov 10 2023 00:26:00 | AmSher Collection Serv., 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14740364 | | Email/Text: bankruptcy@bbandt.com | Nov 10 2023 00:26:00 | BB&T, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894 |
| 14740365 | + | Email/Text: documentfiling@lciinc.com | Nov 10 2023 00:25:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 14740366 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 10 2023 00:26:00 | Credit Collection Svc, PO Box 773, Needham Heights, MA 02494-0918 |
| 14751299 | + | Email/Text: mrdiscen@discover.com | Nov 10 2023 00:25:00 | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany OH 43054-3025 |
| 14740368 | + | Email/Text: mrdiscen@discover.com | Nov 10 2023 00:25:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14754571 | | Email/Text: BNCnotices@dcmservices.com | Nov 10 2023 00:26:00 | EMERGENCY PHYS ASSOCIATES OF PENNSYLVANIA PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 14740369 | | Email/Text: paparalegals@pandf.us | Nov 10 2023 00:26:00 | LVNV Funding, c/o Patenaude Felix APC, 501 Corporate Dr. Southpointe Center, Suite 205, Canonsburg, PA 15317 |
| 14742440 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 00:55:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14740371 | | Email/Text: blegal@phfa.org | Nov 10 2023 00:26:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |

Case 22-13255-pmm    Doc 52    Filed 11/11/23    Entered 11/12/23 11:55:33    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 21 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14743155 | ^ | MEBN | Nov 10 2023 00:23:01 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14750459 | + | Email/Text: blegal@phfa.org | Nov 10 2023 00:26:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14740372 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 10 2023 00:26:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14740367 | *+ | Credit Collection Svc, PO Box 773, Needham Heights, MA 02494-0918 |
| 14813972 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Jose M. Munoz Sanchez tobykmendelsohn@comcast.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jose M. Munoz Sanchez<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-13255-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED and Debtor is barred from filing bankruptcy, either individually or jointly with a spouse under any section of the code, without prior leave of Court FOR A PERIOD OF ONE YEAR.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 9, 2023**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE