UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Jose M. Munoz Sanchez　　　　　　　Chapter 13 Bankruptcy

Debtor　　　　　　　　　　　　　　　　　Case Number: 22-13255-PMM

　　　　　　　　　　　　　　　　　　　　HEARING DATE: Thurs. February 8, 2024, At 11:00 a.m.

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C., on behalf of Jose M. Munoz Sanchez/Movant has filed a MOTION FOR LEAVE TO FILE FOR BANKRUPTCY PROTCETION.  Your rights may be affected.

You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an Attorney, you may wish to consult an Attorney.)

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your review on the Motion, then on or before February 5, 2024, you or your attorney must do all of the following:

a) File an Answer explaining your position at: United States Bankruptcy Court Eastern District of Pennsylvania Gateway Building, 201 Penn St., 4th Floor Courtroom Reading, PA 19601 If you mail your Answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and:

b) Mail a copy to the Movant's Attorney: Mendelsohn & Mendelsohn, P.C. Attention: Brenna H. Mendelsohn, Esquire 637 Walnut Street Reading, PA 19601 Telephone: (610) 374-8088 Facsimile: (610) 478-1260

2. If you or your attorney do not take the steps described in 1a) and 1b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A Hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on Thursday February 8, 2024, at 11:00 a.m. at the Gateway Building, 201 Penn St., 4th Floor Courtroom Reading, PA 19601. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1b).

4. You may contact the Court directly at (610) 208-5040 to find out whether the Hearing has been canceled because no one filed an Answer.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: January 21, 2024　　　　　　　　　By: /s/ Brenna H. Mendelsohn

　　　　　　　　　　　　　　　　　　　　Brenna H. Mendelsohn, Esquire

　　　　　　　　　　　　　　　　　　　　637 Walnut Street Reading, PA 19601

　　　　　　　　　　　　　　　　　　　　 Ph 610-374-8088