**NFI**

National Distribution Centers LLC
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/17/2023 |
| Period End Date | 12/23/2023 |
| Pay Date | 12/29/2023 |
| Document | 3198068 |
| Net Pay | $951.44 |

## Pay Details

JOSE M MUNOZ SR.
1017 N FRONT ST
READING, PA 19601
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 146808 | Pay Group (HR Only) | NDCLP Weekly | |
| SSN | XXX-XX-XXXX | Location | PA - SHOEMAKERSVILLE | |
| Job | Lift Operator Class II | Business | 100 - Distribution | |
| Pay Rate | $20.4970 | Division | 1222 - Dist Northeast | |
| Pay Frequency | Weekly | Region | 200200 - 2- Dist NDC LLC | |
| | | Department | 326 - 326-Shoemakersville PA-KC | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus OTR CA | 0.0000 | $0.0000 | $0.00 | $50.00 |
| Co. OT | 9.5000 | $10.2485 | $97.36 | $5,239.41 |
| COLB | 0.0000 | $0.0000 | $0.00 | $8.47 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $655.92 |
| OT15H | 9.5000 | $20.4970 | $194.72 | $9,706.36 |
| Paternity Flat | 0.0000 | $0.0000 | $0.00 | $2,161.44 |
| PTO | 0.0000 | $0.0000 | $0.00 | $1,742.27 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $1,000.00 |
| Regular Pay | 40.0000 | $20.4970 | $819.88 | $36,457.38 |

Total Hours  49.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Garnishment 1 | No | $0.00 | $398.00 | $0.00 | $0.00 |
| AD&D | No | $0.00 | $0.00 | $0.17 | $9.30 |
| Life Insurance | No | $0.00 | $0.00 | $1.53 | $89.01 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $134.13 |
| Employee Medicare | $16.13 | $826.81 |
| Social Security Employee Tax | $68.94 | $3,535.32 |
| PA State Income Tax | $34.14 | $1,750.58 |
| PERRY | $40.03 | $2,052.77 |
| PERRY TWP | $0.50 | $23.00 |
| PA Unemployment Employee | $0.78 | $39.92 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 85.0000 | 1.8460 | 10.8700 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8891 | Checking | $951.44 |
| Total | | $951.44 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $1,111.96 | | $160.52 | $0.00 | $951.44 | $1,111.96 |
| YTD | $57,021.25 | | $8,362.53 | $398.00 | $48,260.72 | $57,021.25 |

xsa 20180501

**National Distribution Centers LLC**
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/31/2023 |
| Period End Date | 01/06/2024 |
| Pay Date | 01/12/2024 |
| Document | 3212527 |
| Net Pay | $846.17 |

## Pay Details

**JOSE M MUNOZ SR.**
1017 N FRONT ST
READING, PA 19601
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 146808 | Pay Group (HR Only) | NDCLP Weekly |
| SSN | XXX-XX-XXXX | Location | PA - SHOEMAKERSVILLE |
| Job | Lift Operator Class II | Business | 100 - Distribution |
| Pay Rate | $20.4970 | Division | 1222 - Dist Northeast |
| Pay Frequency | Weekly | Region | 200200 - 2- Dist NDC LLC |
| | | Department | 326 - 326-Shoemakersville PA-KC |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Adj PTO | 12.0000 | $20.4970 | $245.96 | $245.96 |
| Co. OT | 0.0000 | $0.0000 | $0.00 | $105.05 |
| Holiday | 8.0000 | $20.4970 | $163.98 | $327.96 |
| OT15H | 0.0000 | $0.0000 | $0.00 | $210.09 |
| Regular Pay | 28.2500 | $20.4970 | $579.04 | $1,234.94 |

Total Hours  48.2500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| AD&D | No | $0.00 | $0.00 | $0.17 | $0.34 |
| Life Insurance | No | $0.00 | $0.00 | $1.53 | $3.06 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $14.34 | $30.80 |
| Social Security Employee Tax | $61.32 | $131.69 |
| PA State Income Tax | $30.36 | $65.21 |
| PERRY | $35.60 | $76.46 |
| PERRY TWP | $0.50 | $1.00 |
| PA Unemployment Employee | $0.69 | $1.48 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 85.0000 | 1.8460 | 14.5620 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8891 | Checking | $846.17 |
| Total | | $846.17 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $988.98 | | $142.81 | $0.00 | $846.17 | $988.98 |
| YTD | $2,124.00 | | $306.64 | $0.00 | $1,817.36 | $2,124.00 |

vsn 20180801

**National Distribution Centers LLC**
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/24/2023 |
| Period End Date | 12/30/2023 |
| Pay Date | 01/05/2024 |
| Document | 3207537 |
| Net Pay | $971.19 |

## Pay Details

JOSE M MUNOZ SR.
1017 N FRONT ST
READING, PA 19601
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 146808 | Pay Group (HR Only) | NDCLP Weekly | |
| SSN | XXX-XX-XXXX | Location | PA - SHOEMAKERSVILLE | |
| Job | Lift Operator Class II | Business | 100 - Distribution | |
| Pay Rate | $20.4970 | Division | 1222 - Dist Northeast | |
| Pay Frequency | Weekly | Region | 200200 - 2- Dist NDC LLC | |
| | | Department | 326 - 326-Shoemakersville PA-KC | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Co. OT | 10.2500 | $10.2485 | $105.05 | $105.05 |
| Holiday | 8.0000 | $20.4970 | $163.98 | $163.98 |
| OT15H | 10.2500 | $20.4970 | $210.09 | $210.09 |
| Regular Pay | 32.0000 | $20.4970 | $655.90 | $655.90 |

Total Hours 50.2500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| AD&D | No | $0.00 | $0.00 | $0.17 | $0.17 |
| Life Insurance | No | $0.00 | $0.00 | $1.53 | $1.53 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $16.46 | $16.46 |
| Social Security Employee Tax | $70.37 | $70.37 |
| PA State Income Tax | $34.85 | $34.85 |
| PERRY | $40.86 | $40.86 |
| PERRY TWP | $0.50 | $0.50 |
| PA Unemployment Employee | $0.79 | $0.79 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 85.0000 | 1.8460 | 12.7160 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8891 | Checking | $971.19 |
| Total | | $971.19 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $1,135.02 | | $163.83 | $0.00 | $971.19 | $1,135.02 |
| YTD | $1,135.02 | | $163.83 | $0.00 | $971.19 | $1,135.02 |

vsn 20180801

**National Distribution Centers LLC**
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/17/2023 |
| Period End Date | 12/23/2023 |
| Pay Date | 12/29/2023 |
| Document | 3198068 |
| Net Pay | $951.44 |

## Pay Details

JOSE M MUNOZ SR.
1017 N FRONT ST
READING, PA 19601
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 146808 | Pay Group (HR Only) | NDCLP Weekly | |
| SSN | XXX-XX-XXXX | Location | PA - SHOEMAKERSVILLE | |
| Job | Lift Operator Class II | Business | 100 - Distribution | |
| Pay Rate | $20.4970 | Division | 1222 - Dist Northeast | |
| Pay Frequency | Weekly | Region | 200200 - 2- Dist NDC LLC | |
| | | Department | 326 - 326-Shoemakersville PA-KC | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus OTR CA | 0.0000 | $0.0000 | $0.00 | $50.00 |
| Co. OT | 9.5000 | $10.2485 | $97.36 | $5,239.41 |
| COLB | 0.0000 | $0.0000 | $0.00 | $8.47 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $655.92 |
| OT15H | 9.5000 | $20.4970 | $194.72 | $9,706.36 |
| Paternity Flat | 0.0000 | $0.0000 | $0.00 | $2,161.44 |
| PTO | 0.0000 | $0.0000 | $0.00 | $1,742.27 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $1,000.00 |
| Regular Pay | 40.0000 | $20.4970 | $819.88 | $36,457.38 |

Total Hours  49.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Garnishment 1 | No | $0.00 | $398.00 | $0.00 | $0.00 |
| AD&D | No | $0.00 | $0.00 | $0.17 | $9.30 |
| Life Insurance | No | $0.00 | $0.00 | $1.53 | $89.01 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $134.13 |
| Employee Medicare | $16.13 | $826.81 |
| Social Security Employee Tax | $68.94 | $3,535.32 |
| PA State Income Tax | $34.14 | $1,750.58 |
| PERRY | $40.03 | $2,052.77 |
| PERRY TWP | $0.50 | $23.00 |
| PA Unemployment Employee | $0.78 | $39.92 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 85.0000 | 1.8460 | 10.8700 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8891 | Checking | $951.44 |
| Total | | $951.44 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $1,111.96 | | $160.52 | $0.00 | $951.44 | $1,111.96 |
| YTD | $57,021.25 | | $8,362.53 | $398.00 | $48,260.72 | $57,021.25 |

**NFI**

National Distribution Centers LLC
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/10/2023 |
| Period End Date | 12/16/2023 |
| Pay Date | 12/22/2023 |
| Document | 3190271 |
| Net Pay | $984.34 |

## Pay Details

JOSE M MUNOZ SR.
1017 N FRONT ST
READING, PA 19601
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 146808 | Pay Group (HR Only) | NDCLP Weekly | |
| SSN | XXX-XX-XXXX | Location | PA - SHOEMAKERSVILLE | |
| Job | Lift Operator Class II | Business | 100 - Distribution | |
| Pay Rate | $20.4970 | Division | 1222 - Dist Northeast | |
| Pay Frequency | Weekly | Region | 200200 - 2- Dist NDC LLC | |
| | | Department | 326 - 326-Shoemakersville PA-KC | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus OTR CA | 0.0000 | $0.0000 | $0.00 | $50.00 |
| Co. OT | 10.7500 | $10.2485 | $110.17 | $5,142.05 |
| COLB | 0.0000 | $0.0000 | $0.00 | $8.47 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $655.92 |
| OT15H | 10.7500 | $20.4970 | $220.34 | $9,511.64 |
| Paternity Flat | 0.0000 | $0.0000 | $0.00 | $2,161.44 |
| PTO | 0.0000 | $0.0000 | $0.00 | $1,742.27 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $1,000.00 |
| Regular Pay | 40.0000 | $20.4970 | $819.88 | $35,637.50 |

Total Hours  50.7500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Garnishment 1 | No | $0.00 | $398.00 | $0.00 | $0.00 |
| AD&D | No | $0.00 | $0.00 | $0.17 | $9.13 |
| Life Insurance | No | $0.00 | $0.00 | $1.53 | $87.48 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $134.13 |
| Employee Medicare | $16.68 | $810.68 |
| Social Security Employee Tax | $71.33 | $3,466.38 |
| PA State Income Tax | $35.32 | $1,716.44 |
| PERRY | $41.41 | $2,012.74 |
| PERRY TWP | $0.50 | $22.50 |
| PA Unemployment Employee | $0.81 | $39.14 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 85.0000 | 1.8460 | 9.0240 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8891 | Checking | $984.34 |
| Total | | $984.34 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $1,150.39 | | $166.05 | $0.00 | $984.34 | $1,150.39 |
| YTD | $55,909.29 | | $8,202.01 | $398.00 | $47,309.28 | $55,909.29 |

vsn 20180801

**National Distribution Centers LLC**
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/10/2023 |
| Period End Date | 12/16/2023 |
| Pay Date | 12/22/2023 |
| Document | 3190271 |
| **Net Pay** | **$984.34** |

## Pay Details

JOSE M MUNOZ SR.
1017 N FRONT ST
READING, PA 19601
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 146808 | Pay Group (HR Only) | NDCLP Weekly | |
| SSN | XXX-XX-XXXX | Location | PA - SHOEMAKERSVILLE | |
| Job | Lift Operator Class II | Business | 100 - Distribution | |
| Pay Rate | $20.4970 | Division | 1222 - Dist Northeast | |
| Pay Frequency | Weekly | Region | 200200 - 2- Dist NDC LLC | |
| | | Department | 326 - 326-Shoemakersville PA-KC | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus OTR CA | 0.0000 | $0.0000 | $0.00 | $50.00 |
| Co. OT | 10.7500 | $10.2485 | $110.17 | $5,142.05 |
| COLB | 0.0000 | $0.0000 | $0.00 | $8.47 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $655.92 |
| OT15H | 10.7500 | $20.4970 | $220.34 | $9,511.64 |
| Paternity Flat | 0.0000 | $0.0000 | $0.00 | $2,161.44 |
| PTO | 0.0000 | $0.0000 | $0.00 | $1,742.27 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $1,000.00 |
| Regular Pay | 40.0000 | $20.4970 | $819.88 | $35,637.50 |

Total Hours  50.7500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Garnishment 1 | No | $0.00 | $398.00 | $0.00 | $0.00 |
| AD&D | No | $0.00 | $0.00 | $0.17 | $9.13 |
| Life Insurance | No | $0.00 | $0.00 | $1.53 | $87.48 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $134.13 |
| Employee Medicare | $16.68 | $810.68 |
| Social Security Employee Tax | $71.33 | $3,466.38 |
| PA State Income Tax | $35.32 | $1,716.44 |
| PERRY | $41.41 | $2,012.74 |
| PERRY TWP | $0.50 | $22.50 |
| PA Unemployment Employee | $0.81 | $39.14 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 85.0000 | 1.8460 | 9.0240 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8891 | Checking | $984.34 |
| Total | | $984.34 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $1,150.39 | | $166.05 | $0.00 | $984.34 | $1,150.39 |
| YTD | $55,909.29 | | $8,202.01 | $398.00 | $47,309.28 | $55,909.29 |

**National Distribution Centers LLC**
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/03/2023 |
| Period End Date | 12/09/2023 |
| Pay Date | 12/15/2023 |
| Document | 3180450 |
| Net Pay | $944.89 |

## Pay Details

**JOSE M MUNOZ SR.**
1017 N FRONT ST
READING, PA 19601
USA

| | |
|---|---|
| Employee Number | 146808 |
| SSN | XXX-XX-XXXX |
| Job | Lift Operator Class II |
| Pay Rate | $20.4970 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group (HR Only) | NDCLP Weekly |
| Location | PA - SHOEMAKERSVILLE |
| Business | 100 - Distribution |
| Division | 1222 - Dist Northeast |
| Region | 200200 - 2- Dist NDC LLC |
| Department | 326 - 326-Shoemakersville PA-KC |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus OTR CA | 0.0000 | $0.0000 | $0.00 | $50.00 |
| Co. OT | 9.2500 | $10.2485 | $94.80 | $5,031.88 |
| COLB | 0.0000 | $0.0000 | $0.00 | $8.47 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $655.92 |
| OT15H | 9.2500 | $20.4970 | $189.60 | $9,291.30 |
| Paternity Flat | 0.0000 | $0.0000 | $0.00 | $2,161.44 |
| PTO | 0.0000 | $0.0000 | $0.00 | $1,742.27 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $1,000.00 |
| Regular Pay | 40.0000 | $20.4970 | $819.88 | $34,817.62 |

Total Hours 49.2500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Garnishment 1 | No | $0.00 | $398.00 | $0.00 | $0.00 |
| AD&D | No | $0.00 | $0.00 | $0.17 | $8.96 |
| Life Insurance | No | $0.00 | $0.00 | $1.53 | $85.95 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $134.13 |
| Employee Medicare | $16.01 | $794.00 |
| Social Security Employee Tax | $68.46 | $3,395.05 |
| PA State Income Tax | $33.90 | $1,681.12 |
| PERRY | $39.75 | $1,971.33 |
| PERRY TWP | $0.50 | $22.00 |
| PA Unemployment Employee | $0.77 | $38.33 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 85.0000 | 1.8460 | 7.1780 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8891 | Checking | $944.89 |
| Total | | $944.89 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $1,104.28 | | $159.39 | $0.00 | $944.89 | $1,104.28 |
| YTD | $54,758.90 | | $8,035.96 | $398.00 | $46,324.94 | $54,758.90 |

v2.0 20190801

**National Distribution Centers LLC**
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/26/2023 |
| Period End Date | 12/02/2023 |
| Pay Date | 12/08/2023 |
| Document | 3168870 |
| **Net Pay** | **$732.10** |

## Pay Details

JOSE M MUNOZ SR.
1017 N FRONT ST
READING, PA 19601
USA

| | |
|---|---|
| Employee Number | 146808 |
| SSN | XXX-XX-XXXX |
| Job | Lift Operator Class II |
| Pay Rate | $20.4970 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group (HR Only) | NDCLP Weekly |
| Location | PA - SHOEMAKERSVILLE |
| Business | 100 - Distribution |
| Division | 1222 - Dist Northeast |
| Region | 200200 - 2- Dist NDC LLC |
| Department | 326 - 326-Shoemakersville PA-KC |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus OTR CA | 0.0000 | $0.0000 | $0.00 | $50.00 |
| Co. OT | 0.0000 | $0.0000 | $0.00 | $4,937.08 |
| COLB | 0.0000 | $0.0000 | $0.00 | $8.47 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $655.92 |
| OT15H | 0.0000 | $0.0000 | $0.00 | $9,101.70 |
| Paternity Flat | 0.0000 | $0.0000 | $0.00 | $2,161.44 |
| PTO | 4.0000 | $20.4970 | $81.99 | $1,742.27 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $1,000.00 |
| Regular Pay | 37.7500 | $20.4970 | $773.76 | $33,997.74 |

Total Hours 41.7500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Garnishment 1 | No | $0.00 | $398.00 | $0.00 | $0.00 |
| AD&D | No | $0.00 | $0.00 | $0.17 | $8.79 |
| Life Insurance | No | $0.00 | $0.00 | $1.53 | $84.42 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $134.13 |
| Employee Medicare | $12.41 | $777.99 |
| Social Security Employee Tax | $53.06 | $3,326.59 |
| PA State Income Tax | $26.27 | $1,647.22 |
| PERRY | $30.81 | $1,931.58 |
| PERRY TWP | $0.50 | $21.50 |
| PA Unemployment Employee | $0.60 | $37.56 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 85.0000 | 1.8460 | 5.3320 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8891 | Checking | $732.10 |
| Total | | $732.10 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $855.75 | | $123.65 | $0.00 | $732.10 | $855.75 |
| YTD | $53,654.62 | | $7,876.57 | $398.00 | $45,380.05 | $53,654.62 |

ver 20180801

**NFI**

National Distribution Centers LLC
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/19/2023 |
| Period End Date | 11/25/2023 |
| Pay Date | 12/01/2023 |
| Document | 3162845 |
| **Net Pay** | **$1,135.70** |

## Pay Details

JOSE M MUNOZ SR.
1017 N FRONT ST
READING, PA 19601
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 146808 | Pay Group (HR Only) | NDCLP Weekly | |
| SSN | XXX-XX-XXXX | Location | PA - SHOEMAKERSVILLE | |
| Job | Lift Operator Class II | Business | 100 - Distribution | |
| Pay Rate | $20.4970 | Division | 1222 - Dist Northeast | |
| Pay Frequency | Weekly | Region | 200200 - 2- Dist NDC LLC | |
| | | Department | 326 - 326-Shoemakersville PA-KC | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus QTR CA | 0.0000 | $0.0000 | $0.00 | $50.00 |
| Co. OT | 16.5000 | $10.2485 | $169.10 | $4,937.08 |
| COLB | 0.0000 | $0.0000 | $0.00 | $8.47 |
| Holiday | 8.0000 | $20.4970 | $163.98 | $655.92 |
| OT15H | 16.5000 | $20.4970 | $338.20 | $9,101.70 |
| Paternity Flat | 0.0000 | $0.0000 | $0.00 | $2,161.44 |
| PTO | 0.0000 | $0.0000 | $0.00 | $1,660.28 |
| Referral Bonus | 0.0000 | $0.0000 | $0.00 | $1,000.00 |
| Regular Pay | 32.0000 | $20.4970 | $655.90 | $33,223.98 |

Total Hours  56.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Garnishment 1 | No | $0.00 | $398.00 | $0.00 | $0.00 |
| AD&D | No | $0.00 | $0.00 | $0.17 | $8.62 |
| Life Insurance | No | $0.00 | $0.00 | $1.53 | $82.89 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $134.13 |
| Employee Medicare | $19.24 | $765.58 |
| Social Security Employee Tax | $82.29 | $3,273.53 |
| PA State Income Tax | $40.74 | $1,620.95 |
| PERRY | $47.78 | $1,900.77 |
| PERRY TWP | $0.50 | $21.00 |
| PA Unemployment Employee | $0.93 | $36.96 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| PTO | 81.0000 | 1.8460 | 7.4860 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8891 | Checking | $1,135.70 |
| | Total | $1,135.70 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $1,327.18 | | $191.48 | $0.00 | $1,135.70 | $1,327.18 |
| YTD | $52,798.87 | | $7,752.92 | $398.00 | $44,647.95 | $52,798.87 |

vsn 20180601