To whom it may concern:

      Please be advised that we, Jose Ramon Munoz Beras and Lourdes Sanchez Contrearas, are the Fahter and Mother of Jose Munoz. We have agreed to contribute $450.00 each per month for a total of $900.00 per month towards the household bills.

*DocuSigned by:*
*Jose Ramon Munoz Beras*
F04EC4AA3898425

*DocuSigned by:*
*Lourdes Sanchez Contreras*
F04EC4AA3898425

Exhibit "C" & "D"