To whom it may concern:

      Please be advised that I, Gustavo Aldolfo Media rent a room from Jose Munoz and pay $450.00 per month for rent.

DocuSigned by:

*Gustavo Aldolfo Medina*

F04EC4AA3898425...

Exhibit "E"