UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

In re: JOSE M. MUNOZ SANCHEZ,                          Chapter 13 Bankruptcy

        Movant                                    Bankruptcy No. 22-13255-PMM

**ORDER**

     AND NOW, upon consideration of the Motion for Leave to File for Bankruptcy Protection, and after hearing thereon, IT IS HEREBY ORDERED that the Motion is GRANTED.

     It is furthered ORDERED that Jose M. Munoz Sanchez is granted leave to file a Chapter 13 bankruptcy proceeding.

BY THE COURT

_____

**Date: February 8, 2024**

Patricia M. Mayer
United States Bankruptcy Judge