United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13255-pmm |
| Jose M. Munoz Sanchez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose M. Munoz Sanchez, 1017 North Front Street, Reading, PA 19601-1401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Jose M. Munoz Sanchez tobykmendelsohn@comcast.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY brian+ecf@briannicholas.com bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Feb 08, 2024     Form ID: pdf900     Total Noticed: 1

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

READING DIVISION

In re: JOSE M. MUNOZ SANCHEZ,　　　　　　　　　　　　Chapter 13 Bankruptcy

　　　　　　　　Movant　　　　　　　　　　　　　　　　Bankruptcy No. 22-13255-PMM

### ORDER

　　　AND NOW, upon consideration of the Motion for Leave to File for Bankruptcy Protection, and after hearing thereon, IT IS HEREBY ORDERED that the Motion is GRANTED.

　　　It is furthered ORDERED that Jose M. Munoz Sanchez is granted leave to file a Chapter 13 bankruptcy proceeding.

BY THE COURT

*Patricia M. Mayer*
_____

**Date: February 8, 2024**

Patricia M. Mayer
United States Bankruptcy Judge